DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNA BENEDIT** and **CYNTHIA BENEDIT-DUNN,**
Appellants,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., STEPHEN A. BERKOVITZ,** and **CHACKMAN, P.A.** d/b/a **BERNSTEIN, CHACKMAN & LISS,**
Appellees.

Nos. 4D22-1018 & 4D22-1953

[May 4, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE21-000647.

Carla M. Sabbagh, Michael S. Rywant, and Kerry C. McGuinn of Rywant, Alvarez, Jones, Russo & Guyton, PA, Tampa, for appellant.

Elizabeth K. Russo, of Russo Appellate Firm, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***